UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                            **ORDER**
                 v.                                                   13-CR-193-RJA

ANDRE E. JONES, JR.,
CARVIS L. McCUTCHEON, JR.

                              Defendants.
_____

     This case was referred to Magistrate Judge Jeremiah J. McCarthy for supervision of all pretrial proceedings. On February 25, 2014, the defendants filed pre-trial motions [32], and the government filed cross motions for reciprocal discovery [32]. After oral argument on April 3, 2014, Magistrate Judge McCarthy issued a Report, Recommendation and Order [42] recommending that the government's cross-motions for reciprocal discovery should be granted, and that defendants' non-dispositive motions should be granted in part and denied in part. Magistrate Judge McCarthy further recommends that defendant McCutcheon's motions to suppress be denied.

     The Court has carefully reviewed the Report and Recommendation and Order, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

     ORDERED, for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation and Order [42], defendant McCutcheon's motions to suppress are denied.

The parties shall appear before the Court on June 20, 2014 at 12:00 p.m. for a status conference/meeting to set a trial date.

**IT IS SO ORDERED.**

          ____*Richard J. Arcara*_____
          HONORABLE RICHARD J. ARCARA
          UNITED STATES DISTRICT COURT

Dated:   June 19 , 2014